## MOTION DOCKET

**92–1093.** Aluminum Line Products Co. v. Rolls–Royce Motors, Inc. *Cuyahoga County*, No. 59790. On notice to consider propositions of law previously deferred and on motion to strike notice to consider propositions of law previously deferred. Motion to strike granted. See 95–59, *supra.*

**93–2560.** Kenty v. Transamerica Premier Ins. Co. *Franklin County*, No. 93AP–478. On motion for admission *pro hac vice* and to participate in oral argument by Mark P. Ladner, Esq., and on motion for admission *pro hac vice* by Ellen M. Doyle, Esq. Motions granted.

**94–436.** State ex rel. Boggs v. Springfield Local School Dist. Bd. of Edn. *Summit County*, No. 16451. On request for oral argument. Request denied.
DOUGLAS and PFEIFER, JJ., dissent.

**94–1133.** State ex rel. Nichols v. Cuyahoga Cty. Bd. of Mental Retardation & Developmental Disabilities. *Cuyahoga County*, No. 66315. On request for oral argument. Request denied.

**94–1217.** Hood v. Diamond Products, Inc. *Lorain County*, No. 93CA005649. On motion to strike. Motion denied.
MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–1222.** State ex rel. Wright v. Ohio Adult Parole Auth. *Franklin County*, No. 93AP–622. On request for oral argument. Request denied.
DOUGLAS and PFEIFER, JJ., dissent.

**94–1432.** WBNS TV, Inc. v. Tracy. Board of Tax Appeals, No. 92–P–584. On request for argument before full court. Request granted.
COOK, J., dissents.

**94–1743.** State ex rel. Parsons Constr., Inc. v. Moyer. In Mandamus. On request for oral argument. Request denied.
MOYER, C.J., dissents.

**94–2051.** State ex rel. Multimedia, Inc. v. Snowden. In Mandamus. On request for oral argument. Request denied.
MOYER, C.J., dissents.

**94–2096.** State ex rel. Bitter v. Missig. *Ottawa County*, No. 94–OT–039. On request for oral argument. Request denied.

**94–2494.** State v. Dougherty. *Hancock County*, No. 5–94–2. On motion for admission *pro hac vice* by James E. Boren, Esq. and on motion for admission *pro hac vice* by C.D. Weisselberg, Esq., M.J. Brennan, Esq., D.E. Curtis, Esq., and C.L. Hempel, Esq. Motions granted.

**94–2526.** State v. Pless. *Cuyahoga County*, No. 63477. On motion to supplement the record. Motion granted.
F.E. SWEENEY, J., dissents.

**94–2682.** Jones v. Grady. In Prohibition. On motion to dismiss and on motion for summary judgment. Motions denied; *sua sponte*, alternative writ granted and briefing schedule to be set.
COOK, J., dissents and would grant the motion to dismiss.

**95–39.** State v. Moss. *Lucas County*, No. L–91–126. On motion for leave to file delayed appeal. Motion denied.
RESNICK, J., not participating.

**95–69.** Moore v. Dayton Power & Light Co. *Montgomery County*, No. 14482. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at pages 1–2 of the court of appeals' Decision and Entry, rendered December 16, 1994. *Sua sponte*, this cause is consolidated with 95–81, *infra.*
COOK, J., not participating.